# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONSERRATE ZAPATA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PECO, PHILADELPHIA, ELECTRIC COMPANY | : | NO. 17-3699 |
| | : | |

## ORDER

AND NOW, this 13th day of September, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* (ECF No. 1) and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR., J.**